UNITED STATES DISTRICT COURT                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 5/22/08            CASE NUMBER:  08-15780M-SD

USA vs. Yose Olivares-Cerecedo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Ricardo Gonzalez
                                           LANGUAGE  Spanish
Attorney for Defendant Juan Rocha for Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA___                   ☐ Initial Appearance           ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☐ Defendant Sworn              ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)           ☐ Defendant states true name to be ___. Further proceedings ORDERED
                           in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>　☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of the complaint. Defense does not object. Court grants motion and dismisses case without prejudice. Case is closed.

                                        Recorded by Courtsmart
                                        BY:  Angela J. Tuohy
                                        Deputy Clerk

cc: USM/BP/AFPD/PTS

DATE: 5/21/2008    CASE NUMBER: 08-15780M-SD

USA vs. Yose Olivares-Cerecedo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER  Ricardo Gonzalez
                                    LANGUAGE  Spanish

Attorney for Defendant Matthew Johnson (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT:  ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 5/20/08              ☒ Initial Appearance           ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☒ Defendant Sworn              ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)           ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found  ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Mental Competancy
☐ Held  ☐ Con't  ☐ Reset

Set for:  5/22/08 at 1:00 pm
Before:   Magistrate Judge Irwin

Other: Counsel move for a continuance allowing the Government to look into the mental competency matter. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Yose OLIVARES-Cerecedo
Citizen of Mexico
YOB: 1967
076738998
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08 - 15780M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 8, 2007, Defendant Yose OLIVARES-Cerecedo was arrested and removed from the United States to Mexico through the port of El Paso, Texas, in pursuance of law, and thereafter on or about May 20, 2008, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about May 20, 2008, within the Southern District of California, Defendant Yose OLIVARES-Cerecedo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.  ☒ Yes  ☐ No

Signature of Complainant
Gabe Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 21, 2008                                   at                    Yuma, Arizona
Date                                                                  City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                        Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Yose OLIVARES-Cerecedo

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through El Paso, Texas on May 8, 2007.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 11/02/1995 | Brevard, NY County Sheriff's Office | Resisting Arrest W/ Violence | 15 Days Jail |
| 08/28/2001 | Wenatchee, WA Sheriff's Office | Criminal Trespass | Guilty: 90 Days Jail (85 Days Suspended) |
| 04/03/2007 | Baker County Sheriff's Office | Theft 2nd Degree | Guilty: Fine, 194 Days Jail (180 SUSP) and 1 Year Probation |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on May 20, 2008.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 21, 2008
Date

Signature of Judicial Officer